IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CODEON CORTEZ CHAMBERS,

     Appellant,

v.

Case No. 5D23-74
LT Case No. 2018-CF-007452

STATE OF FLORIDA ,

     Appellee.
_____/

Decision filed July 25, 2023

Appeal from the Circuit Court
for Duval County,
R. Anthony Salem, Judge.

Jessica J. Yeary, Public Defender,
and Victor D. Holder, Assistant
Public Defender, Tallahassee, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Adam B. Wilson,
Assistant Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

    AFFIRMED.

MAKAR, JAY and MACIVER, JJ., concur.